**Harvey M. HAWKINS, Appellant (Defendant below),**

v.

**The STATE of Wyoming, Appellee (Plaintiff below).**

**No. 4759.**

Supreme Court of Wyoming.

Nov. 10, 1977.

Kermit C. Brown, Rawlins, and Gerald M. Gallivan, Director, Wyoming Defender Aid Program, Laramie, for appellant.

V. Frank Mendicino, Atty. Gen., Gerald A. Stack, Deputy Atty. Gen., and Allen C. Johnson, Law Clerk, Cheyenne, for appellee.

John E. Stanfield, Hugh B. McFadden, Jr., and Terry Mackey, Laramie, Amicus Curiae Committee, Wyoming Trial Lawyers Ass'n, filed brief and presented oral argument.

Before GUTHRIE, C. J., and McCLINTOCK, RAPER, THOMAS and ROSE, JJ.

PER CURIAM.

The appeal in this case is dismissed under the authority of *Jackson v. State,* Wyo., 547 P.2d 1203 (1976).

**William McNEW, Appellant (Defendant below),**

v.

**The STATE of Wyoming, Appellee (Plaintiff below).**

**No. 4794.**

Supreme Court of Wyoming.

Nov. 9, 1977.

Gerald M. Gallivan, Director, Wyoming Defender Aid Program, Laramie, for appellant.

V. Frank Mendicino, Atty. Gen., Gerald A. Stack, Deputy Atty. Gen., Crim. Div., and Allen C. Johnson, Law Clerk, Cheyenne, for appellee.

Before GUTHRIE, C. J., and McCLINTOCK, RAPER, THOMAS and ROSE, JJ.

PER CURIAM.

This case is affirmed upon the authority of *Ecker v. State,* Wyo., 545 P.2d 641.